**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>MICHAEL EARL WINSTON SR<br>REBECCA ANN WINSTON<br>Debtor(s) | Case No. 12-43554 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/31/2012.

2) The plan was confirmed on 03/07/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 11/29/2016.

6) Number of months from filing to last payment: 49.

7) Number of months case was pending: 51.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,975.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $25,202.00 |
| Less amount refunded to debtor | $902.00 |

**NET RECEIPTS:** $24,300.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,076.32 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,576.32

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCOUNT RECOVERY SERVICE | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| ACL INC | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| ADT SECURITY SYSTEMS | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE HEALTH CTR | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SOUTH SUBURBAN HOS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN SUZUKI FINANCIAL | Secured | 11,775.00 | 14,500.00 | 11,775.00 | 11,775.00 | 1,240.86 |
| AMERICAN SUZUKI FINANCIAL | Unsecured | 108.00 | 459.76 | 3,184.76 | 220.75 | 0.00 |
| ARONSAON FURNITURE CO | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CANDICA | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 7,675.00 | 9,881.29 | 9,881.29 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 5,590.51 | 5,590.51 | 387.51 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO DEPT OF REVENUE | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO IMAGING LTD | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 122.00 | 275.00 | 275.00 | 19.06 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | 753.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | 753.00 | 760.64 | 0.00 | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF MARKHAM | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST | Unsecured | 760.00 | 760.49 | 760.49 | 52.71 | 0.00 |
| CREDIT FIRST NA | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 352.00 | NA | NA | 0.00 | 0.00 |
| GFS MKT #791/MERRILLVILLE | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| GFS MKT #791/MERRILLVILLE | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| HIGH TECHNOLOGY INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD FINANCE CORP | Secured | 29,793.00 | NA | NA | 0.00 | 0.00 |
| IDAPP | Unsecured | 4,400.00 | NA | NA | 0.00 | 0.00 |
| MARQUETTE UNIVERSITY | Unsecured | 15,200.00 | NA | NA | 0.00 | 0.00 |
| MCDERMOTT PODIATRY | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| N HALUK KITAPCI MD | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | 9,352.00 | 9,726.38 | 9,726.38 | 674.19 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK/HSBC CARD SERVI | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ORLAND PARK POLICE DEPT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 1,814.00 | 1,697.13 | 1,697.13 | 117.64 | 0.00 |
| PHYSIOTHERAPY ASSOC | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,910.00 | 2,358.12 | 2,358.12 | 163.45 | 0.00 |
| PRA RECEIVABLES MGMT | Secured | 21,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 300.00 | 8,651.83 | 8,651.83 | 599.70 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | NA | 462.07 | 462.07 | 32.03 | 0.00 |
| QUARRY MORTGAGE TRUST III | Secured | NA | 5,933.78 | 5,933.78 | 0.00 | 0.00 |
| QUARRY MORTGAGE TRUST III | Secured | 26,520.00 | 26,498.03 | 32,431.81 | 0.00 | 0.00 |
| QUARRY MORTGAGE TRUST III | Unsecured | NA | NA | 5,933.78 | 411.30 | 0.00 |
| SALLIE MAE/USA FUNDS | Unsecured | 3,635.00 | 3,212.14 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 1,356.00 | 1,196.26 | 1,196.26 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| THOMAS J BOYSEN DPM | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| THOMAS J BOYSEN DPM | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Unsecured | 47,731.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Secured | NA | 159,640.48 | 159,640.48 | 0.00 | 0.00 |
| US BANK NA | Unsecured | NA | NA | 3,760.00 | 188.00 | 0.00 |
| US BANK NA | Secured | 228,405.00 | 263,766.83 | 0.00 | 0.00 | 0.00 |
| US DEPT OF ED SALLIE MAE | Unsecured | 56,793.00 | 55,420.59 | 55,420.59 | 3,841.48 | 0.00 |
| VILLAGE OF CALUMET PARK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HOMEWOOD | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 7,175.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | 99,069.00 | 137,639.39 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $32,431.81 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $22,852.55 | $11,775.00 | $1,240.86 |
| All Other Secured | $165,574.26 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$220,858.62** | **$11,775.00** | **$1,240.86** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$97,820.66** | **$6,707.82** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,576.32 |
| Disbursements to Creditors | $19,723.68 |
| **TOTAL DISBURSEMENTS** : | **$24,300.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/02/2017      By: /s/ Tom Vaughn
                                                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**